UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARLAND E. WILLIAMS                           CIVIL ACTION

 VERSUS                                       NO: 20-1820

UNITED STATES OF AMERICA                      SECTION: "A" (1)

## ORDER

The complaint in this action is yet another attempt by Garland E. Williams to pursue the United States of America, Judge Ivan Lemelle, and former Clerk of Court William Blevins for the adverse judgment rendered against Williams in civil action 16-15866. The complaint sub judice is legally frivolous for the reasons given by Judge Martin Feldman when he dismissed civil action 18-2552 over two years ago. As Judge Feldman noted, the same claims that Williams had brought against Judge Lemelle and Williams Blevins had been dismissed by a federal court in Kansas.

The United States has filed a motion to dismiss arguing that Williams' complaint fails to state a claim for relief, and even if one could somehow construe the complaint so as to conclude that it states a claim for relief, the Court lacks subject matter jurisdiction because Williams has not exhausted any purported claims in this matter as required by the FTCA, 28 U.S.C. § 2675(a).

The Court agrees that Williams' complaint herein does not contain any factual support for a claim pursuant to any legal theory. Simply, the complaint is legally frivolous. But because the complaint provides no basis for a waiver of sovereign immunity against the United States, which Williams seeks to hold

1

liable under a theory of respondeat superior for the conduct of federal judicial officers, the Court is persuaded that it lacks subject matter jurisdiction over the action.

Furthermore, Judge Lemelle is absolutely immune from any type of claim arising out of the judicial act of dismissing Williams' earlier case. Likewise, a judicial employee such as Mr. Blevins is immune from civil liability arising out of any ministerial acts that he might have performed in conjunction with the earlier case—in fact, the Court is aware of no acts that Mr. Blevins performed in conjunction with the earlier case. Even if Mr. Blevins were not immune, it remains that Williams' complaint against him—which alleges no facts in support of a claim against Mr. Blevins—is just as legally frivolous as the claim against Judge Lemelle.

The plaintiff was granted leave to proceed as a pauper on July 13, 2020 pursuant to 28 U.S.C. § 1915(a). (Rec. Doc. 5). 28 U.S.C. § 1915(e)(2)(B) provides for summary dismissal of a pauper complaint *sua sponte* should the Court determine that the case is legally frivolous or fails to state a claim upon which relief may be granted. *Id.* § 1915(e)(2)(B)(i), (ii). This complaint is both legally frivolous and it fails to state a claim upon which relief may be granted.

Accordingly;

**IT IS ORDERED** that the **Motion for Leave of Affidavit (Rec. Doc. 3)** filed by Garland E. Williams is **DENIED**.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Rec .Doc. 7)** filed by the United States is **GRANTED**. The complaint in this matter is **DISMISSED** for lack of

jurisdiction as to the United States.

**IT IS FURTHER ORDERED** that the complaint in this matter is **DISMISSED WITH PREJUDICE** as to Judge Ivan Lemelle and William Blevins.

October 30, 2020

_____
Judge Jay C. Zainey
Eastern District of Louisiana